# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145755(6)(7)

THE PEOPLE SHOULD DECIDE,
      Plaintiff-Appellant,

v                                                                    SC: 145755

BOARD OF STATE CANVASSERS,
DIRECTOR OF ELECTIONS, and
SECRETARY OF STATE,
        Defendants-Appellees.
_____

      On order of the Chief Justice, the motions by Taxpayers Against Monopolies for leave to intervene and for immediate consideration are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012 _____

_____
Clerk